**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 21-6478**

———————

TIMOTHY SEAN COOGLE,

        Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

        Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.   John T. Copenhaver, Jr., Senior District Judge.   (2:17-cr-00167-1; 2:18-cv-01291)

———————

Submitted:  September 30, 2022                   Decided:  January 6, 2023

———————

Before THACKER, QUATTLEBAUM, and RUSHING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Timothy Sean Coogle, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Sean Coogle seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on Coogle's 28 U.S.C. § 2255 motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 137 S. Ct. 759, 773-74 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Coogle has not made the requisite showing. Accordingly, we deny Coogle's motion for a certificate of appealability, deny as moot his motion to expedite, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2